**DISMISS and Opinion Filed May 5, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01059-CV

## NORMAN ROBERT HEUNERMUND III, Appellant
## V.
## KAMY INVESTMENTS, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-22-03018-B**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

On April 3, 2023, after appellant had failed to file his brief, we directed appellant to file the brief within ten days and cautioned him that failure to comply would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not complied. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

221059F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

NORMAN ROBERT
HEUNERMUND III, Appellant

No. 05-22-01059-CV          V.

KAMY INVESTMENTS, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-22-03018-B.
Opinion delivered by Justice Garcia,
Justices Pedersen, III and Kennedy
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 5, 2023.